# Court of Appeals
# of the State of Georgia

ATLANTA, February 18, 2025

*The Court of Appeals hereby passes the following order:*

## A25E0072. ELEBYANY v. MASON.

Adham Elebyany has filed a petition for writ of mandamus, asking us to exercise our original mandamus jurisdiction to compel the Honorable Aaron Mason to schedule and hold a hearing in a case that he represents is pending before the Superior Court of Clayton County as Case # 2024-PO-04213-12.

Our "original mandamus jurisdiction is narrow and will be exercised sparingly." Court of Appeals Rule 40 (c). "The procedure to be followed before seeking to invoke [our] original jurisdiction . . . is to file such petition in the appropriate court. Being the respondent[ ], the superior-court judge[ ] will disqualify, another superior-court judge will be appointed to hear the matter, and the final decision may be appealed. . . ." *Graham v. Cavender*, 252 Ga. 123 (311 SE2d 832) (1984). Mandamus jurisdiction in this case lies in the superior court rather than this court. See *Brown v. Johnson*, 251 Ga. 436, 436-437 (306 SE2d 655) (1983).

Our state constitution provides that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII.

Accordingly, we hereby TRANSFER the petition for writ of mandamus to the Superior Court of Clayton County.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,__02/18/2025_____*
         *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*